1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  CASE NO. 15-056 GEB
                                   )
11                 Plaintiff,      )  STIPULATION AND ORDER
                                   )  CONTINUING STATUS CONFERENCE
12  v.                             )
                                   )  Date:   May 29, 2015
13  DONALD HENRY DUGAN,            )  Time:   9:00 a.m.
                                   )  Judge:  Hon. Garland E.
14                 Defendant.      )  Burrell, Jr.
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18

19

20      Defendant Donald Henry Dugan, his undersigned counsel and

21  plaintiff, United States of America, hereby stipulate through their

22  respective attorneys to continue the status conference previously set

23  for April 24, 2015 to May 29, 2015 and that date is available with

24  the Court.

25      The government has produced initial discovery and reports and

26  is in the process of transcribing additional discovery for

27  defendant's review.  The defense is involved in discovery review and

28  preliminary investigation and requires additional time to review

                                   1

1 documents and engage in research and preparation.  The parties

2 further agree that the above reason constitutes good cause to exclude

3 the time until the May 29, 2015 status conference.  Time should be

4 excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

5 and (B)(iv), for the reasons stated above.

6

7                               Respectfully submitted,

  Dated: April 21, 2015          /s/ Shari Rusk_____

8                                 Attorney for Defendant
                                   Donald Henry Dugan

9

10

11                              /s/ Matthew Yelovich_____
                                  Matthew Yelovich

12                                Assistant United States Attorney

13

14

15                              **ORDER**

16      It is so ordered.

17 Dated:  April 22, 2015

18

19 _____
   GARLAND E. BURRELL, JR.

20 Senior United States District Judge

21

22

23

24

25

26

27

28

                                2