1  BENJAMIN B. WAGNER
   United States Attorney
2  Matthew M. Yelovich
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-00056 GEB

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                            [PROPOSED] FINDINGS AND ORDER

14  DONALD HENRY DUGAN,                    DATE: May 29, 2015
                                           TIME: 9:00 a.m.
15                    Defendant.           COURT: Hon. Garland E. Burrell, Jr.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on May 29, 2015.

21        2.      By this stipulation, defendant now moves to continue the status conference until July 10,

22  2015, and to exclude time between May 29, 2015, and July 10, 2015, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24        a)      The government has represented that the discovery associated with this case

25  includes investigative reports and recorded statements of the defendant of some length.  This

26  initial discovery has been either produced directly to counsel and/or made available for

27  inspection and copying.  The government anticipates making additional discovery available to

28  defense counsel in the coming weeks.

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

1

        b)     Counsel for defendant desires additional time to consult with her client, conduct

2

investigation and research related to her client's statements to her, review additional discovery

3

for this matter, and discuss potential resolutions with her client.

4

        c)     Counsel for defendant believes that failure to grant the above-requested

5

continuance would deny her the reasonable time necessary for effective preparation, taking into

6

account the exercise of due diligence.

7

        d)     The government does not object to the continuance.

8

        e)     Based on the above-stated findings, the ends of justice served by continuing the

9

case as requested outweigh the interest of the public and the defendant in a trial within the

10

original date prescribed by the Speedy Trial Act.

11

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12

et seq., within which trial must commence, the time period of May 29, 2015 to July 10, 2015,

13

inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

14

because it results from a continuance granted by the Court at defendant's request on the basis of

15

the Court's finding that the ends of justice served by taking such action outweigh the best interest

16

of the public and the defendant in a speedy trial.

17

    4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19

must commence.

20

    IT IS SO STIPULATED.

21

22

Dated:  May 28, 2015                           BENJAMIN B. WAGNER
                                         United States Attorney

23

24

                                          /s/ Matthew M. Yelovich
                                         Matthew M. Yelovich
                                         Assistant United States Attorney

25

26

Dated:  May 28, 2015                           /s/ Shari Rusk
                                           Shari Rusk

27

                                         Counsel for Defendant
                                         DONALD HENRY DUGAN

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1            **[PROPOSED] FINDINGS AND ORDER**

2       IT IS SO FOUND AND ORDERED.

3 Dated:  May 28, 2015

4

5                                 _____

6                                 GARLAND E. BURRELL, JR.
                                Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME        3
PERIODS UNDER SPEEDY TRIAL ACT