SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 15-056 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  July 2, 2015 |
| DONALD HENRY DUGAN, | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant Donald Henry Dugan, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for July 10, 2015 to July 31, 2015 and that date is available with the Court.

The government has produced initial discovery and reports and is in the process of obtaining fingerprint and other evidence to provide to the defense.  The defense is involved in discovery review and investigation and requires additional time to review documents

1

and engage in research and preparation.  The parties further agree that the above reason constitutes good cause to exclude the time until the July 31, 2015 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                    Respectfully submitted,

Dated: July 2, 2015                 /s/ Shari Rusk_____
                                    Attorney for Defendant
                                      Donald Henry Dugan


                              /s/ Matthew Yelovich_____
                                Matthew Yelovich
                                 Assistant United States Attorney



**ORDER**

    It is so ordered.

Dated:  July 6, 2015


                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge