BENJAMIN B. WAGNER
United States Attorney
Matthew M. Yelovich
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00056 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DONALD HENRY DUGAN, | DATE: October 23, 2015 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 23, 2015.

2. By this stipulation, defendant now moves to continue the status conference until November 20, 2015, and to exclude time between October 23, 2015, and November 20, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are currently negotiating a potential resolution to this matter. As a part of that process, counsel for defendant desires additional time to consult with her client, conduct factual investigation, and undertake legal research related to possible sentencing issues, among other topics.

    b)  Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c)  The government does not object to the continuance.

    d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2015 to November 20, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  October 20, 2015        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ Matthew M. Yelovich
                  Matthew M. Yelovich
                  Assistant United States Attorney

Dated:  October 20, 2015        /s/ Shari Rusk
                  Shari Rusk
                  Counsel for Defendant
                  DONALD HENRY DUGAN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: October 21, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge