BENJAMIN B. WAGNER
United States Attorney
Matthew M. Yelovich
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD HENRY DUGAN,<br><br>Defendant. | CASE NO. 2:15-CR-00056 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER SETTING TRIAL DATES AND EXCLUDING TIME<br><br>DATE: December 4, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 4, 2015.

2. By this stipulation, the parties now move to vacate the status conference currently set for December 4, 2015, set a trial date of March 29, 2016, and set a trial confirmation hearing for February 19, 2016.

3. The parties also move to exclude time under the Speedy Trial Act between December 4, 2015 and March 29, 2016, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are still negotiating a potential resolution to this matter. As a part of that process, counsel for defendant desires additional time to consult with her client, conduct

factual investigation, and undertake legal research related to possible sentencing issues, among other topics.

      b)      However, given the uncertainty over reaching such a resolution, the parties wish to set a trial date for March 29, 2016.  In so doing, defense counsel requires the time between December 4, 2015, and the trial date to prepare adequately for trial, conduct additional factual and legal research, and otherwise provide continuity of counsel for defendant.

      c)      Counsel for defendant believes that failure to grant the above-requested schedule would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government joins in the above schedule request.

      e)      Based on the above-stated findings, the ends of justice served by scheduling the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time period of December 4, 2015 to March 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 2, 2015                       BENJAMIN B. WAGNER
                                                      United States Attorney

                                                        /s/ Matthew M. Yelovich
                                                        Matthew M. Yelovich
                                                         Assistant United States Attorney

| | |
|---|---|
| Dated:  December 2, 2015 | /s/ Shari Rusk <br> Shari Rusk <br> Counsel for Defendant <br> DONALD HENRY DUGAN |

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  December 3, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge