BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00056 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: June 17, 2016 |
| DONALD HENRY DUGAN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 17, 2016.

2. By this stipulation, the parties now move to continue sentencing until August 19, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

**[Remainder of page left intentionally blank]**

| | |
|---|---|
| Dated:  March 31, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | |
| | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| | |
| Dated:  March 31, 2016 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>DONALD HENRY DUGAN |

**ORDER**

IT IS SO ORDERED.

Dated:  March 31, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge