SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 15-056 GEB |
|---|---|---|
| Plaintiff, | ) | Memorandum to Continue Judgment & Sentencing |
| v. | ) | Date:   October 21, 2016 |
| DONALD HENRY DUGAN, | ) | Time:   9:00 a.m. |
| Defendant. | ) | Judge:  Hon. Garland E. Burrell, Jr. |

   Defendant Donald Henry Dugan, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the judgment & sentencing previously set for August 18, 2016 to October 21, 2016 and that date is available with the Court.

   The draft pre-sentence report recommendation is considerably different than the parties calculations in the plea agreement.  The defense is involved in investigation related to sentencing issues. The government and probation are aware of this request and do not

object. The parties agree to the following schedule:

    Informal Objections:    September 23, 2016
    Final Report:    September 30, 2016
    Sentencing Memorandum:    October 14, 2016
    J & S:    October 21, 2016

Respectfully submitted,

Dated: July 27, 2016    /s/ Shari Rusk
    Attorney for Defendant
    Donald Henry Dugan


/s/ Matthew Yelovich
Matthew Yelovich
Assistant United States Attorney


**ORDER**

It is so ordered.

Dated: July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2