PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONALD HENRY DUGAN,<br><br>                    Defendant. | CASE NO. 2:15-CR-00056<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: October 21, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on October 21, 2016.

2.    By this stipulation, the parties now move to continue sentencing until January 13, 2017.

3.    The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

**[Remainder of page left intentionally blank]**

| | |
|---|---|
| Dated: October 14, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: October 14, 2016 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>DONALD HENRY DUGAN |

**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge