Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr.S. 15-056 GEB |
|---|---|
| Plaintiff, | COURT: Hon. Judge Garland E. Burrell, Jr.<br>DATE: March 31, 2017<br>TIME: 9:00 a.m. |
| v. | |
| Donald Dugan, | **MEMORANDUM TO CONTINUE**<br>**JUDGMENT & SENTENCING** |
| Defendant. | |

Donald Dugan is scheduled to be sentenced on January 13, 2017. Mr. Dugan is in the process of providing information to the probation office. The parties therefore ask that judgment and sentencing be continued to March 31, 2017 and that date is available with the Court. The parties ask that the Court adopt the following schedule:

| | |
|---|---|
| Report Disclosed: | February 24, 2017 |
| Informal Objections: | March 3, 2017 |
| Final Pre-sentence Report: | March 10, 2017 |
| Sentencing Memorandum: | March 17, 2017 |
| Reply: | March 24, 2017 |

1

| | |
|---|---|
| Judgment and Sentencing: | March 31, 2017 |

Date: January 10, 2017                                     Respectfully submitted,

                                                     /s/ Shari Rusk
                                                   SHARI RUSK
                                                   Attorney for Donald Dugan

So Ordered.

Dated: January 12, 2017

                                                   GARLAND E. BURRELL, JR.
                                                   Senior United States District Judge