Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: rusklaw@att.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Donald Dugan,<br><br>　　　　　Defendant. | Cr.S. 15-056 GEB<br><br>COURT: Hon. Judge Garland E. Burrell, Jr.<br>DATE:　May 12, 2017<br>TIME:　9:00 a.m.<br><br>**MEMORANDUM TO CONTINUE JUDGMENT & SENTENCING** |

　　　Donald Dugan is scheduled to be sentenced on March 31, 2017.  Mr. Dugan is in the process of providing information to the probation office.  The parties therefore ask that judgment and sentencing be continued to May 12, 2017 and that date is available with the Court.  The parties ask that the Court adopt the following schedule:

　　　Informal Objections:　　　　　　　　April 14, 2017

　　　Final Pre-sentence Report:　　　　　April 21, 2017

　　　Sentencing Memorandum:　　　　　May 5 , 2017

　　　Judgment and Sentencing:　　　　　May 12, 2017

1

Date: March 20, 2017                              Respectfully submitted,


                                                  /s/ Shari Rusk
                                                  SHARI RUSK
                                                  Attorney for Donald Dugan


So ordered.

Dated:  March 21, 2017


                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge

2