PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD HENRY DUGAN,<br><br>Defendant. | CASE NO. 2:15-CR-00056 GEB<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: August 4, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 4, 2017.

2. By this stipulation, the parties now move to continue sentencing until October 27, 2017.

3. The United States continues to review and produce discovery in this matter that has become available on an ongoing basis, and such discovery may or may not impact sentencing proceedings. The parties wish to ensure that the defendant has the opportunity to review any such remaining discovery before sentencing occurs.

4. Accordingly, the parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence and reviewing ongoing discovery.

IT IS SO STIPULATED.

Dated: July 25, 2017 PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: July 25, 2017 /s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
DONALD HENRY DUGAN

**ORDER**

IT IS SO ORDERED.

Dated: July 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge