MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00056 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: January 19, 2018 |
| DONALD HENRY DUGAN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 19, 2018.

2. By this stipulation, the parties now move to continue sentencing until February 16, 2018.

3. The United States continues to review and produce discovery in this matter that has become available on an ongoing basis, and such discovery may or may not impact sentencing proceedings. The parties wish to ensure that the defendant has the opportunity to review any such remaining discovery before sentencing occurs.

4. Accordingly, the parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence and reviewing ongoing discovery.

IT IS SO STIPULATED.

Dated: January 16, 2018         MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ MATTHEW M. YELOVICH
                                MATTHEW M. YELOVICH
                                Assistant United States Attorney


Dated: January 16, 2018         /s/ SHARI RUSK
                                SHARI RUSK
                                Counsel for Defendant
                                DONALD HENRY DUGAN


**ORDER**

IT IS SO ORDERED.

Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge